UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRAVELERS PROPERTY CASUALTY
OF AMERICA,

       Plaintiff,                                        Case No. 5:05-cv-168

v.                                                      Hon. Richard Alan Enslen

THE EYDE COMPANY, LOUIS J. EYDE
LIMITED FAMILY PARTNERSHIP, and
GEORGE F. EYDE LIMITED FAMILY
PARTNERSHIP,

       Defendants.
_____/

## ORDER FOR GEOGRAPHIC TRANSFER OF CASE

       The parties having entered into a stipulation at the Rule 16 Scheduling Conference for reassignment of the above case on grounds of geographic convenience pursuant to W.D. Mich. LCivR 3.3(h) to a U.S. District Judge in Lansing, Michigan;

       **IT IS HEREBY ORDERED** that this matter is reassigned to a U.S. District Judge in Lansing, Michigan, and the Clerk of the Court shall assign a case in its place to the undersigned judge.

Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
March 3, 2006                                   Richard Alan Enslen
                                                  Senior United States District Judge