UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVELERS PROPERTY
CASUALTY OF AMERICA,

      Plaintiff,

v.

THE EYDE COMPANY,

      Defendant.
_____/

Case No. 5:05-cv-168

Hon. Richard Alan Enslen

**ORDER**

      The Order For Geographic Transfer of Case (Dkt. No. 11), dated March 3, 2006, was entered in error and is hereby **VACATED**.

Dated in Kalamazoo, MI:        /s/Richard Alan Enslen
March 8, 2006        Richard Alan Enslen
      Senior United States District Judge